UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 16-cv-21548-KMW

ANDRES GOMEZ

    Plaintiff,

v.

STEVEN MADDEN, LTD.

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Andres Gomez, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days), the parties will file a Joint Stipulated For Dismissal with this Court.

Respectfully submitted on this 29th day of December, 2016.

        *s/ Scott R. Dinin*
        Scott R. Dinin
        SCOTT R. DININ P.A.
        4200 NW 7th Avenue
        Miami, Florida 33127
        Telephone: (786) 431-1333
        Facsimile: (786) 513-7700
        Email: inbox@dininlaw.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 29th day of December, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Matthew D Sobolewski, Esq.
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
Tel 212-455-0375
Fax 212-448-0066
Email: msobolewski@mclaughlinstern.com

Neil B Solomon, Esq.
McLAUGHLIN & STERN, LLP
525 Okeechobee Blvd., Suite 1530
West Palm Beach, Florida  33401
Tel.: (561) 659-4020
Email: nsolomon@mclaughlinstern.com
*Attorneys for Defendant*

*s/ Scott R. Dinin*