UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-21548-CIV-WILLIAMS

ANDRES GOMEZ,

  Plaintiff,

vs.

STEVE MADDEN, LTD.,

  Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation of Voluntary Dismissal With Prejudice (DE 21). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees except as otherwise agreed by the Parties. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 8th day of February, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE